LUISA V. TORRES, Appellant, v LOUZOUN ENTERPRISES, INC., Doing Business as QUEENSBORO TOYOTA, Respondent.

Submitted November 25, 2013; decided January 14, 2014

Motion for reconsideration of this Court's October 10, 2013 dismissal order denied [*see* 22 NY3d 895 (2013)]. Motion, insofar

as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.